DENNIS M. GONZALES, State Bar No. 59414
dgonzales@lbaclaw.com
RAYMOND W. SAKAI, State Bar No. 193507
rsakai@lbaclaw.com
Nathan A. Oyster, Esq., State Bar No. 225307
noyster@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Los Angeles, Sheriff Leroy D. Baca,
Fernando Luviano, David Ortega, and Giovanni Rico

**DENIED**
BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HOLGUIN, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, SHERIFF LEE BACA, DEPUTY RICO, DEPUTY FERNANDO LUVIANO, DEPUTY LASCANO, AND DOES 1-10, <br><br> Defendants. | Case No. CV 10-08011 GW (PLAx) <br><br> Honorable George H. Wu <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION FOR PARTIAL RECONSIDERATION OF MAGISTRATE JUDGE'S ORDER DENYING DEFENDANTS' REQUEST FOR A PROTECTIVE ORDER BARRING THE DEPOSITION OF UNDERSHERIFF PAUL TANAKA** <br><br> *[Ex Parte Application for Reconsideration filed concurrently herewith]* |

The *Ex Parte* Application of Defendants County of Los Angeles, Sheriff Leroy D. Baca, Fernando Luviano, David Ortega, and Giovanni Rico for reconsideration of Magistrate Judge Paul Abrams' Order denying Defendants' *Ex Parte* Application for a Protective Order as to the ruling regarding Undersheriff Paul Tanaka's deposition came on regularly before the Court.

**DENIED**
BY ORDER OF THE COURT

1

On proof made to the satisfaction of the Court, and it appearing that there is good cause therefore, IT IS ORDERED THAT:

1. Defendants' Application is granted; and

2. The Notice of Deposition of Undersheriff Paul Tanaka is hereby quashed. Undersheriff Tanaka is not required to respond to the deposition notice.

3. Defendants' motion for reconsideration shall be filed no later than _____, 2011. Plaintiff's response shall be filed no later than _____, 2011, and any reply shall be filed no later than _____, 2011. The hearing on Defendant's motion is scheduled for _____, 2011. The deposition of Undersheriff Paul Tanaka is stayed pending a hearing on the motion.

**DENIED**

Dated: October 25, 2011      BY ORDER OF THE COURT
                             HONORABLE GEORGE H. WU
                             United States Magistrate Judge

2